### 17199.    REFLEX IGNITION COMPANY *v.* CANDLER.

BROYLES, C. J.  The verdict was authorized by the evidence, and none of
  the grounds of the amendment to the motion for a new trial show cause
  for a reversal of the judgment below.

  *Judgment affirmed.    Luke and Bloodworth, JJ., concur.*

  DECIDED MAY 12, 1926.

  Complaint; from city court of Decatur—Judge Daley. February
11, 1926.

  *A. W. Long, Wright, Cox & Johnson,* for plaintiff.
  *Candler, Thomson & Hirsch,* for defendant.

Appeal and Error, 4 C. J. p. 864, n. 34.